IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| JOEY DIXON, | * |
| Plaintiff, | * |
| v. | Case No. 4:24-CV-52 (CDL) |
| | * |
| BLAKE SHIVER, *et al.,* | |
| | * |
| Defendants. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated April 19, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 19th day of April, 2024.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk